**Kenneth CHARRON, Appellant,**

v.

**Pat SMITH, et al., Respondent.**

**No. WD 72057.**

Missouri Court of Appeals,
Western District.

Aug. 10, 2010.

Rehearing Denied Sept. 28, 2010.

Kenneth G. Charron, pro se.

Emily A. Dodge, Esq., for Respondent.

Before VICTOR C. HOWARD, P.J., THOMAS H. NEWTON, and GARY D. WITT, JJ.

### ORDER

PER CURIAM:

Mr. Kenneth Charron appeals the summary judgment granted in the State employees' favor.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).